**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 11-23115-CIV-GRAHAM/GOODMAN

FHR TB, LLC, et. al.,

    Plaintiffs,

v.

TB ISLE RESORT, LP.,

    Defendant.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ALLOW THE USE OF LAPTOP COMPUTERS IN THE COURTROOM DURING EVIDENTIARY HEARING**

This cause is before me on Plaintiffs' Unopposed Motion to Allow the Use of Laptop Computers in the Courtroom During Evidentiary Hearing. (DE# 19.) Plaintiffs' motion is hereby **GRANTED** as follows:

On **Friday, September 9, 2011**, the following attorneys may bring their laptop computers into the **C. Clyde Atkins United States Courthouse** for a **9:30 A.M.** evidentiary hearing on Plaintiffs' Emergency Verified Motion for Preliminary Injunctive Relief (DE# 9): **Brett Alan Barfield**, **Michael E. Hantman**, **Michael E. Rothenberg**, **Michael R. Tolley**, and **Mark Adams**.[1] These attorneys may also exit and reenter the Courthouse with their laptops computers if, for instance, the Court recesses for a lunch break. The permission granted in this Order expires after the hearing is terminated and these attorneys exit the Courthouse with their laptop computers.

---

[1] These are the attorneys identified in the proposed order Plaintiffs filed with their motion. (DE# 19-1, p. 2.)

These attorneys may also use their laptop computers during the evidentiary hearing provided they first disable the laptop computer's ability to produce sound and use the laptop computers only in a manner consistent with the purposes of the hearing (e.g., to review pertinent hearing exhibits, not to surf unrelated websites or to perform work on other, unrelated matters).

**DONE and ORDERED**, in Chambers, in Miami, Florida, this 8th day of September, 2011.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Donald L. Graham

All counsel of record